AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED _____ ENTERED
LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

OCT 23 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
ENVELOPE ADDRESSED TO AMANDA MERRILL )
1848 CIRCLE RD, TOWSON, MD 21204, RETURN )
ADDRESS 401 E. MADISON ST, BALTIMORE, MD )

Case No. **18-2765-ADC**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Maryland _____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty Magistrate Judge _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 5 October 2018 1600 hrs

City and state: Baltimore, Maryland

_____ Judge's signature

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 18-2765-ADC | Date and time warrant executed: 10/5/18 @ 9:00pm | Copy of warrant and inventory left with: Postal Inspector Kalliopi Tserkis |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

See attached

FILED ___ ENTERED
LOGGED ___ RECEIVED
OCT 26 2018
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/5/18

_____
Executing officer's signature

George J Wahl, Special Agent
Printed name and title



BALTIMORE MD 212

09 OCT 2018 PM 7 L

Amanda Merrill
1848 Circle Road
Towson, MD 21204

21204-541548

401 E. Madison St
Baltimore, MD 21202
1335279

OUTGOING MAIL
OCT 01 2018
MAIL ROOM

Sat 29th    (1)

Hi Baby -

I've thought about writing you since the day I got here - I just haven't been able to get my head clear enough to try until now. You have to know how incredibly sorry I am that this has happened to everyone. I'm devastated to say the least that you have had to go through all of this. I promise you I will do everything in my power to somehow get this fixed. I think we have discussed our thoughts as to what we think happened, but I don't think we really know all of what was going on. Starting Tuesday, Liz will begin working with me to mount our best defense/strategy. I do know from what I've been told that it is not a fast process unfortunately. I have quickly come to realize its all by design. I am being tested mentally like never before. I also know the same goes for you. I knew when I married you, that you were strong, but not as strong in the face of the worst imaginable. You have been absolutely incredible, your strength is second to none. You are so amazing to handle this as you have. You are such a great mom and you need to know how much I admire you and love you for it. Please don't ever doubt for one second my love for you and that what we have is real. You are my world along with the kids. Nothing will ever matter to me again. I will never need or want anything except your love. It will ~~ever~~ work

THE REST OF MY LIFE TO BE THE MAN YOU KNEW AND TO REPAIR THE DAMAGE THIS MESS HAS CAUSED. I KNOW ITS A TEST AND THERE IS A REASON, AS PAINFUL AS IT SEEMS. ALL I WANT IS TO BE ABLE TO TOUCH AND HOLD YOU AND THE KIDS - NOTHING ELSE MATTERS. I AM STUCK FOR LONG PERIODS OF TIME WITH NOTHING TO DO BUT THINK. IT CAN BE GOOD AT TIMES AND BAD AT OTHERS. WE HAVE SO MANY TREMENDOUS MEMORIES TO LOOK BACK ON AND SO MANY MORE TO BUILD. I JUST HOPE I DON'T MISS TOO MANY. I'M TRYING TO STAY POSITIVE IF THERE IS SUCH A THING AND HOPE THAT IT ALL COMES OUT AND CAN BE WORKED THROUGH. EVERY DAY I'M NOT THERE TO HELP YOU OR SHARE IN THE KIDS ACCOMPLISHMENTS ABSOLUTELY RIPS MY HEART OUT. NOT A SINGLE MINUTE GOES BY THAT I'M NOT THINKING OF YOU AND THEM. ITS HARD TO ASK OR HEAR AT TIMES BECAUSE IT HURTS SO BAD BUT I WANT TO KNOW. I AM ETERNALLY GRATEFUL TO YOUR PARENTS THEY ARE AMAZING AND PLEASE THANK THEM FOR ALL THEY DO AND FOR STEPPING UP AS THEY ALWAYS DO. I KNOW IT'S AWFUL FOR YOU TO HAVE TO ALWAYS DEAL WITH OR EXPLAIN TO PEOPLE - I'M HOPING THAT WILL DIE DOWN. I THINK WE BOTH REALIZE FROM THIS WHO OUR REAL FRIENDS ARE AND WHO REALLY MATTERS. I'M SORRY THIS PUT YOU IN THAT POSITION - YOU DON'T DESERVE IT. I AM OPTIMISTIC THAT HAVING BOB & LIZ WILL HELP US GET THE PROCESS MOVING AND HELP GET US TO A RESOLUTION AS SOON AS POSSIBLE, THOUGH I KNOW IT'S GOING TO TAKE SOME TIME DUE TO

③

THE AMOUNT OF DATA AND TIME PERIOD IT COVERS. THANK YOU FOR ORDERING MY SUPPLIES AND HOW CUTE YOU WERE TO ADD SOME THINGS - MY little SHOPPER! ALSO FOR BEING BRAVE ENOUGH TO COME SEE ME YESTERDAY WAS THE FIRST TIME I LOST IT AND CRIED LIKE THAT. SEEING THE HURT AND PAIN IN YOUR EYES DID IT. I HATE WITH EVERY FIBER OF MY BEING SEEING YOU UPSET. I WILL TURN THAT PAIN INTO MOTIVATION ULTIMATELY - I PROMISE YOU THAT. I WILL GET US BACK OR DIE TRYING. THERE IS NOTHING I WON'T DO FOR THE 3 of YOU - NOTHING. I ASK THAT YOU KEEP BELIEVING IN ME AND US AND HELP ME GET THROUGH THIS AS I WILL YOU.

YOU LOOKED GREAT IN SPITE ~~STEAD~~ OF THIS. I DON'T THINK EITHER OF US PLANNED ON BEING ON THE FEDERAL INDICTMENT DIET! I CAN'T EVEN BEGIN TO TELL YOU ABOUT THE FOOD HERE - SCARY. ALSO IT'S NEVER QUIET - SO LOUD ALL THE TIME.
ULTIMATELY IT WILL ALL GET FIGURED OUT - I WILL NEVER STOP LOVING OR THINKING OF YOU EVERY DAY.

I LOVE YOU WITH ALL MY HEART AMANDA - NEVER DOUBT THAT - EVER!

HUG & KISS THE KIDS.
NOT BEING WITH GRANT IS ABSOLUTE TORTURE EVERY DAY
~~LUA~~ ALSO BUT I'M SURE YOU KNOW WHAT I MEAN